IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KAMERON D. BRADLEY**     **PLAINTIFF**
**ADC #131571**

**v.**     **CASE NO: 2:19CV00110-JM**

**MICHAEL THOMAS,** *et al*.     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Bradley's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's official capacity claims are dismissed.

2. Plaintiff's claim that Defendant Roosevelt Barden was deliberately indifferent to his medical needs are dismissed without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 16th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE