# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KAMERON D. BRADLEY**                                                       **PLAINTIFF**
**ADC #131571**

**v.**                   **CASE NO: 2:19CV00110-JM**

**MICHAEL THOMAS,** *et al*.                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The ADC Defendants' Motion for Summary Judgment (Doc. No. 73) is GRANTED.

2. Plaintiff's claims against Defendants Barden, Armstrong, Maiden, Graham, and Wilson are DISMISSED without prejudice for failure to exhaust administrative remedies.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 25th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE