IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KAMERON D. BRADLEY                                                     PLAINTIFF
ADC #131571

v.                          CASE NO: 2:19CV00110-JM

MICHAEL THOMAS                                                        DEFENDANT

## JUDGMENT

The Court held a hearing to determine the amount of Plaintiff's damages on May 11, 2022; Defendant's liability was previously determined by the grant of summary judgment in favor of Plaintiff (Doc. 98). After hearing the testimony of Plaintiff Kameron Bradley, who represented himself, the Court awards Mr. Bradley the sum of $2,000 to compensate him for his injuries. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, Mr. Bradley is also entitled to an award of costs in the amount of $350.00. The total amount of the judgment, $ 2,350.00, will bear interest at the lawful rate of 2% until paid. [1]

IT IS SO ORDERED and ADJUDGED this 17th day of May, 2022.

_____
James M. Moody Jr.
United States District Judge

---

[1] The post-judgment interest rate is the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.